# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3756

_____

Bryan Anthony Reo

*Plaintiff - Appellee*

v.

Martin Lindstedt

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Joplin

_____

Submitted: May 6, 2016
Filed: May 25, 2016
[Unpublished]

_____

Before LOKEN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Missouri resident Martin Lindstedt, the defendant in the instant case, appeals the district court's[1] dismissal of plaintiff Bryan Reo's pro se action raising claims

---

[1]The Honorable Matt Jeffrey Whitworth, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

under the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 1201 et seq., and state law. Having carefully reviewed the record and Lindstedt's arguments on appeal, we find no basis for reversal. Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B. We deny as moot Lindstedt's appellate motions and requests for relief.

_____